IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 12/3/07*

| | |
|---|---|
| LESLIE INANCHY, | Case No.: C 07-05636-RMW |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, et al., | |
| Defendant. | |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2. of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: 12/3/07

_Ronald M Whyte_
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

1  Copy of Order Mailed to Counsel of Record:
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28