**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
———————

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**December 3, 2007**

**CASE NUMBER:  CV 07-05636 RMW**
**CASE TITLE:  LESLIE INANCHY-v-LIFE INSURANCE COMPANY OF NORTH AMERICA, ET AL.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/03/07

FOR THE EXECUTIVE COMMITTEE:

_____
*Richard W. Wieking*
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                         Entered in Computer 12/03/07 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                Transferor CSA