UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LESLIE INANCHY,<br>            Plaintiff,<br>V.<br>LIFE INSURANCE COMPANY<br>   OF NORTH AMERICA,    Defendant. | Case Number CV-07-5636-JF<br><br>Case Management Conference<br><br>March 7, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on March 7, 2008 at 10:30 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

December 10, 2007                    For the Court
                                     Richard W. Wieking, Clerk


                                     By:___/s/_____
                                     Diana Munz
                                     Courtroom Deputy Clerk