**E-filed 12/17/07**

1. ADRIENNE C. PUBLICOVER  (SBN 161432)
   SEAN P. NALTY  (SBN 121253)
2. WILSON, ELSER, MOSKOWITZ,
       EDELMAN& DICKER LLP
3. 525 Market Street, 17th Floor
   San Francisco, CA  94105
4. Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370

Attorneys for Defendants
LIFE INSURANCE COMPANY
OF NORTH AMERICA,
SONY ELECTRONICS, INC.
LONG TERM DISABILITY PLAN,
SONY ELECTRONICS INC. EMPLOYEE
TERM LIFE INSURANCE COVERAGE PLAN,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LESLIE INANCHY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; SONY ELECTRONICS, INC. LONG TERM DISABILITY PLAN; SONY ELECTRONICS INC. EMPLOYEE TERM LIFE INSURANCE COVERAGE PLAN,<br><br>　　　　Defendants. | Case No.:    CV07-05636 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br>**[Local Rule 6-1]**<br><br>Courtroom    :    3<br>Honorable Jeremy Fogel<br><br>Filing Date    :    November 6, 2007 |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between the parties to this action, through their attorneys of record, that the defendants herein and each of them shall have an extension until, and including, January 11, 2008 to answer or otherwise respond to plaintiff Leslie Inanchy's Complaint filed in this action.

1  This extension will not alter the date of any event or any deadline already fixed by Court
2  order.
3
4  Date: December 11, 2007                    WILSON, ELSER, MOSKOWITZ,
                                              EDELMAN & DICKER LLP
5
6
                                              By: _____
7                                                 ADRIENNE C. PUBLICOVER
                                                  SEAN P. NALTY
8                                                 Attorneys for Defendants
                                                  LIFE INSURANCE COMPANY OF NORTH
9                                                 AMERICA, SONY ELECTRONICS, INC.
                                                  LONG TERM DISABILITY PLAN, SONY
10                                                ELECTRONICS INC. EMPLOYEE TERM
                                                  LIFE INSURANCE COVERAGE PLAN.
11
12 Date: December 12, 2007                    LAW OFFICES OF SILVER & TAUBE
13
14                                            By: _____
                                                  MELVYN D. SILVER
15                                                RUTH SILVER TAUBE
                                                  Attorneys for Plaintiff
16                                                LESLIE INANCHY
17
18
                                              **ORDER**
19
   IT IS SO ORDERED.
20
21
   Date: __12/17/07__                         By: _____
22                                                HONORABLE JEREMY FOGEL
                                                  UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28
                                              2
                  STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
                  ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
   USDC NDCA Case # CV07-05636 JF
   316303.1

**CERTIFICATE OF SERVICE**
*Leslie Inanchy v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV07-05636 JF*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→     : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Melvyn D. Silver, Esq.
Ruth Silver Taube, Esq.
LAW OFFICES OF SILVER & TAUBE
23580 Mt. Charlie Road
Los Gatos, CA  95033
Tel:    (408) 353-1868
Fax:    (408) 353-2328

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **December 12, 2007**, at San Francisco, California.

_____
Nancy Li

---

3
**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**
USDC NDCA Case #CV07-05636 JF
316303.1