```
 1  ADRIENNE C. PUBLICOVER  (SBN 161432)
    SEAN P. NALTY  (SBN 121253)
 2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
 3  525 Market Street, 17th Floor
    San Francisco, CA  94105
 4  Telephone:    (415) 433-0990
    Facsimile:    (415) 434-1370
 5
    Attorneys for Defendants
 6  LIFE INSURANCE COMPANY OF NORTH AMERICA,
    SONY ELECTRONICS, INC. LONG TERM DISABILITY PLAN,
 7  and SONY ELECTRONICS INC. EMPLOYEE
    TERM LIFE INSURANCE COVERAGE PLAN
 8

 9  MELVYN D. SILVER  (SBN 48674)
    RUTH SILVER TAUBE  (SBN 169589)
10  LAW OFFICES OF SILVER & TAUBE
    23580 Mt. Charlie Road
11  Los Gatos, CA  95033
    Telephone:    (408) 353-1868
12  Facsimile:    (408) 353-2328

13  Attorneys for Plaintiff
    LESLIE INANCHY
14
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LESLIE INANCHY, | Case No.:    CV07-05636 JF |
| Plaintiff, | **STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; SONY ELECTRONICS, INC. LONG TERM DISABILITY PLAN; SONY ELECTRONICS INC. EMPLOYEE TERM LIFE INSURANCE COVERAGE PLAN, | Courtroom  :       3<br>Honorable Jeremy Fogel<br><br>Filing Date  :    November 6, 2007 |
| Defendants. | |

**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
USDC NDCA Case #CV07-05636 JF
320010.1

1 | Pursuant to this Court's Local Rules 6.2 and 7.12, this stipulation for continuance of the Case Management Conference is made by and between plaintiff Leslie Inanchy ("Plaintiff") and defendants Life Insurance Company of North America, Sony Electronics, Inc. Long Term Disability Plan and Sony Electronics Inc. Employee Term Life Insurance Coverage Plan (collectively "Defendants"), (collectively all parties referred to as, "the Parties"), by and through their counsel of record and is based on the following facts:

1.  The Court has set an initial Case Management Conference for March 7, 2008.

2.  The Parties have agreed on private mediation, which is currently scheduled for March 13, 2008, before Honorable Edward A. Infante (Ret.) of JAMS, Inc.

3.  In view of the upcoming mediation, the Parties agree, after confirming with the Judge Jeremy Fogel's clerk, that April 4, 2008, is a viable date for the initial Case Management Conference.

**IT IS HEREBY STIPULATED BY AND THROUGH THE PARTIES' COUNSEL OF RECORD THAT:**

The initial Case Management Conference currently set for March 7, 2008, shall be continued to April 4, 2008.

**SO STIPULATED.**

Date: January 11, 2008

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: ___/s/ Adrienne C. Publicover___
ADRIENNE C. PUBLICOVER
SEAN P. NALTY
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA, SONY ELECTRONICS, INC. LONG TERM DISABILITY PLAN, SONY ELECTRONICS INC. EMPLOYEE TERM LIFE INSURANCE COVERAGE PLAN,

---

1
STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
USDC NDCA Case #CV07-05636 JF
320010.1

1 | Date: January 11, 2008                                    LAW OFFICES OF SILVER & TAUBE

2

3                                                     By: _____/s/ Melvyn D. Silver_____
                                                              MELVYN D. SILVER
4                                                             RUTH SILVER TAUBE
                                                              Attorneys for Plaintiff
5                                                             LESLIE INANCHY

6

7                                          **ORDER**

8 | **PURSUANT TO STIPULATION:**

9 |     The initial Case Management Conference currently set for March 7, 2008, is continued to

10 | April 4, 2008.

11 | **IT IS SO ORDERED.**

12

13 | Date:_____              By:_____
                                              HONORABLE JEREMY FOGEL
14                                            UNITED STATES DISTRICT JUDGE

15

...

28

**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
USDC NDCA Case #CV07-05636 JF
320010.1

**CERTIFICATE OF SERVICE**
*Leslie Inanchy v. Life Insurance Company of North America, et al.*
USDC NDCA Case #CV07-05636 JF

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→    : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Melvyn D. Silver, Esq.
Ruth Silver Taube, Esq.
LAW OFFICES OF SILVER & TAUBE
23580 Mt. Charlie Road
Los Gatos, CA 95033
Tel:   (408) 353-1868
Fax:   (408) 353-2328

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **January 11, 2008**, at San Francisco, California.

_____
Nancy Li

---

3
STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
USDC NDCA Case #CV07-05636 JF
320010.1