ADRIENNE C. PUBLICOVER  (SBN 161432)
SEAN P. NALTY  (SBN 121253)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA,
SONY ELECTRONICS, INC. LONG TERM DISABILITY PLAN,
and SONY ELECTRONICS INC. EMPLOYEE
TERM LIFE INSURANCE COVERAGE PLAN


MELVYN D. SILVER  (SBN 48674)
RUTH SILVER TAUBE  (SBN 169589)
LAW OFFICES OF SILVER & TAUBE
23580 Mt. Charlie Road
Los Gatos, CA  95033
Telephone:     (408) 353-1868
Facsimile:     (408) 353-2328

Attorneys for Plaintiff
LESLIE INANCHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


| | |
|---|---|
| LESLIE INANCHY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; SONY ELECTRONICS, INC. LONG TERM DISABILITY PLAN; SONY ELECTRONICS INC. EMPLOYEE TERM LIFE INSURANCE COVERAGE PLAN,<br><br>　　　　Defendants. | Case No.:     CV07-05636 JF<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Courtroom     :       3<br>Honorable Jeremy Fogel<br><br>Filing Date     :      November 6, 2007 |

**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
USDC NDCA Case #CV07-05636 JF
320010.1

1    Pursuant to this Court's Local Rules 6.2 and 7.12, this stipulation for continuance of the

2    Case Management Conference is made by and between plaintiff Leslie Inanchy ("Plaintiff") and

3    defendants Life Insurance Company of North America, Sony Electronics, Inc. Long Term

4    Disability Plan and Sony Electronics Inc. Employee Term Life Insurance Coverage Plan

5    (collectively "Defendants"), (collectively all parties referred to as, "the Parties"), by and through

6    their counsel of record and is based on the following facts:

7    1.    The Court has set an initial Case Management Conference for March 7, 2008.

8    2.    The Parties have agreed on private mediation, which is currently scheduled for

9    March 13, 2008, before Honorable Edward A. Infante (Ret.) of JAMS, Inc.

10    3.    In view of the upcoming mediation, the Parties agree, after confirming with the

11    Judge Jeremy Fogel's clerk, that April 4, 2008, is a viable date for the initial Case Management

12    Conference.

13    **IT IS HEREBY STIPULATED BY AND THROUGH THE PARTIES' COUNSEL**

14    **OF RECORD THAT:**

15    The initial Case Management Conference currently set for March 7, 2008, shall be

16    continued to April 4, 2008.

17    **SO STIPULATED.**

18

19    Date: January 11, 2008                      WILSON, ELSER, MOSKOWITZ,
                                                   EDELMAN & DICKER LLP
20

21

22    By:_____/s/ Adrienne C. Publicover_____
                                                   ADRIENNE C. PUBLICOVER
23                                                 SEAN P. NALTY
                                                   Attorneys for Defendants
24                                                 LIFE INSURANCE COMPANY OF NORTH
                                                   AMERICA, SONY ELECTRONICS, INC.
25                                                 LONG TERM DISABILITY PLAN, SONY
                                                   ELECTRONICS INC. EMPLOYEE TERM
26                                                 LIFE INSURANCE COVERAGE PLAN,

27

28

---

1
**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
USDC NDCA Case #CV07-05636 JF
320010.1

1    Date: January 11, 2008                    LAW OFFICES OF SILVER & TAUBE

2

3                                              By:_____/s/ Melvyn D. Silver_____
                                                   MELVYN D. SILVER
4                                                  RUTH SILVER TAUBE
                                                   Attorneys for Plaintiff
5                                                  LESLIE INANCHY

6

7                                    **ORDER**

8    **PURSUANT TO STIPULATION:**

9        The initial Case Management Conference currently set for March 7, 2008, is continued to

10   April 4, 2008.

11   **IT IS SO ORDERED.**

12

13   Date:__ 1/22/08 _____    By:_____

14                                    HONORABLE JEREMY FOGEL
                                      UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

                                            2
        **STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
     USDC NDCA Case #CV07-05636 JF
     320010.1

1

2

**CERTIFICATE OF SERVICE**
*Leslie Inanchy v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV07-05636 JF*

3        I am over the age of eighteen years and am not a party to the within cause.  I am employed
in the City and County of San Francisco, California and my business address are 525 Market
4   Street, 17th Floor, and San Francisco, California 94105-2725.

5        On this date I served the following document(s):

6   **STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT
CONFERENCE**

7

8   on the part(y)(ies) identified below, through their attorneys of record, by placing true copies
thereof in sealed envelopes addressed as shown below by the following means of service:

9   →      : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully
prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco,
10  California, for collection to the office of the addressee following ordinary business practices.

11        : **By Personal Service** -- I caused each such envelope to be given to a courier messenger
who personally delivered each such envelope to the office of the address.

12

13        : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail
service at San Francisco, California, to be hand delivered to the addressee on the next business
day.

14

15        : **Facsimile** -- (Only where permitted.  Must consult CCP §1012.5 and California Rules of
Court 2001-2011.  Also consult FRCP Rule 5(e).  Not currently authorized in N.D.CA.)

16  Melvyn D. Silver, Esq.
Ruth Silver Taube, Esq.
17  LAW OFFICES OF SILVER & TAUBE
23580 Mt. Charlie Road
18  Los Gatos, CA  95033
Tel:    (408) 353-1868
19  Fax:   (408) 353-2328

20  *Attorneys for Plaintiff*

21        I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct to the best of my knowledge.

22

23        EXECUTED on **January 11, 2008**, at San Francisco, California.

24        _____
          Nancy Li

25

26

27

28

---

3
**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
USDC NDCA Case #CV07-05636 JF
320010.1