1  ADRIENNE C. PUBLICOVER  (SBN 161432)
   SEAN P. NALTY  (SBN 121253)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendants
6  LIFE INSURANCE COMPANY OF NORTH AMERICA,
   SONY ELECTRONICS, INC. LONG TERM DISABILITY PLAN,
7  and SONY ELECTRONICS INC. EMPLOYEE
   TERM LIFE INSURANCE COVERAGE PLAN
8

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13

14  LESLIE INANCHY,                    )  Case No.:    CV07-05636 JF
                                       )
15            Plaintiff,               )  **NOTICE OF SETTLEMENT AND**
                                       )  **REQUEST FOR INITIAL CASE**
16       v.                            )  **MANAGEMENT CONFERENCE TO**
                                       )  **BE TAKEN OFF CALENDAR**
17  LIFE INSURANCE COMPANY OF NORTH    )
    AMERICA; SONY ELECTRONICS, INC.    )
18  LONG TERM DISABILITY PLAN; SONY    )  Courtroom    :    3
    ELECTRONICS INC. EMPLOYEE TERM LIFE)  Honorable Jeremy Fogel
19  INSURANCE COVERAGE PLAN,           )
                                       )
20            Defendants.              )  Filing Date  :    November 6, 2007
                                       )
21  _____)

22

23

24

25

26

27
   ───────────────────────────────────────────────────────────────────
                    NOTICE OF SETTLEMENT AND
28  REQUEST FOR INITIAL CASE MANAGEMENT CONFERENCE TO BE TAKEN OFF CALENDAR
   USDC NDCA Case #CV07-05636 JF
   332530.1

1     The parties to this action attended private mediation on March 13, 2008. At this mediation session, the case was settled. The parties will submit a stipulation for dismissal of the action with prejudice once the settlement documents have been finalized.

    The parties request that the Initial Case Management Conference set for April 4, 2008 in this action be taken off calendar.

Date: April 2, 2008

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
ADRIENNE C. PUBLICOVER
SEAN P. NALTY
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA, SONY ELECTRONICS, INC. LONG TERM DISABILITY PLAN, SONY ELECTRONICS INC. EMPLOYEE TERM LIFE INSURANCE COVERAGE PLAN

Date: April __, 2008

LAW OFFICES OF SILVER & TAUBE

By: _____
MELVYN D. SILVER
RUTH SILVER TAUBE
Attorneys for Plaintiff
LESLIE INANCHY

## ORDER

**PURSUANT TO STIPULATION:**

    The Initial Case Management Conference currently set for April 4, 2008, is *off calendar* pending submission of the stipulation for dismissal of the action with prejudice.

**IT IS SO ORDERED.**

Date: _____

By: _____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

---

1
NOTICE OF SETTLEMENT AND
REQUEST FOR INITIAL CASE MANAGEMENT CONFERENCE TO BE TAKEN OFF CALENDAR
USDC NDCA Case #CV07-05636 JF
332530.1

1    The parties to this action attended private mediation on March 13, 2008. At this mediation
2 session, the case was settled. The parties will submit a stipulation for dismissal of the action with
3 prejudice once the settlement documents have been finalized.
4    The parties request that the Initial Case Management Conference set for April 4, 2008 in this
5 action be taken off calendar.

6

7 Date: April __, 2008                    WILSON, ELSER, MOSKOWITZ,
                                              EDELMAN & DICKER LLP
8
9                                        By:_____
10                                          ADRIENNE C. PUBLICOVER
                                            SEAN P. NALTY
11                                          Attorneys for Defendants
                                            LIFE INSURANCE COMPANY OF NORTH
12                                          AMERICA, SONY ELECTRONICS, INC.
                                            LONG TERM DISABILITY PLAN, SONY
13                                          ELECTRONICS INC. EMPLOYEE TERM
                                            LIFE INSURANCE COVERAGE PLAN,
14
15 Date: April 1, 2008                     LAW OFFICES OF SILVER & TAUBE

16                                         By:_____
17                                           MELVYN D. SILVER
                                             RUTH SILVER TAUBE
18                                           Attorneys for Plaintiff
                                             LESLIE INANCHY
19

20                                          **ORDER**
21 PURSUANT TO STIPULATION:
22    The Initial Case Management Conference currently set for April 4, 2008, is *off calendar*
23 pending submission of the stipulation for dismissal of the action with prejudice.
24 **IT IS SO ORDERED.**
25
26 Date:_____      By:_____
                                         HONORABLE JEREMY FOGEL
27                                       UNITED STATES DISTRICT JUDGE

28                       NOTICE OF SETTLEMENT AND
   REQUEST FOR INITIAL CASE MANAGEMENT CONFERENCE TO BE TAKEN OFF CALENDAR
   USDC NDCA Case #CV07-05636 JF
   332530.1

**CERTIFICATE OF SERVICE**
*Leslie Inanchy v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV07-05636 JF*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**NOTICE OF SETTLEMENT AND REQUEST FOR INITIAL CASE MANAGEMENT CONFERENCE TO BE TAKEN OFF CALENDAR**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→  : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Melvyn D. Silver, Esq.
Ruth Silver Taube, Esq.
LAW OFFICES OF SILVER & TAUBE
23580 Mt. Charlie Road
Los Gatos, CA  95033
Tel:    (408) 353-1868
Fax:    (408) 353-2328

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **April 2, 2008**, at San Francisco, California.

*Joya Yeung*

---

2
NOTICE OF SETTLEMENT AND
REQUEST FOR INITIAL CASE MANAGEMENT CONFERENCE TO BE TAKEN OFF CALENDAR
USDC NDCA Case #CV07-05636 JF
332530.1