1  ADRIENNE C. PUBLICOVER (SBN 161432)
   WILSON, ELSER, MOSKOWITZ,
2     EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, CA 94105
   Telephone:   (415) 433-0990
4  Facsimile:   (415) 434-1370

5  Attorneys for Defendants
   LIFE INSURANCE COMPANY OF NORTH AMERICA,
6  SONY ELECTRONICS, INC. LONG TERM DISABILITY PLAN,
   and SONY ELECTRONICS INC. EMPLOYEE
7  TERM LIFE INSURANCE COVERAGE PLAN

8

   MELVYN D. SILVER (SBN 48674)
9  RUTH SILVER TAUBE (SBN 169589)
   LAW OFFICES OF SILVER & TAUBE
10 23580 Mt. Charlie Road
   Los Gatos, CA 95033
11 Telephone:   (408) 353-1868
   Facsimile:   (408) 353-2328
12
   Attorneys for Plaintiff
13 LESLIE INANCHY

14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                    SAN JOSE DIVISION

18

19 LESLIE INANCHY,                    )  Case No.:   CV07-05636 JF
                                      )
20         Plaintiff,                 )  **STIPULATION OF DISMISSAL WITH
                                      )  PREJUDICE AND PROPOSED ORDER
21    v.                              )  THEREON**
                                      )
22 LIFE INSURANCE COMPANY OF NORTH    )
   AMERICA; SONY ELECTRONICS, INC.    )  Courtroom   :   3
23 LONG TERM DISABILITY PLAN; SONY    )  Honorable Jeremy Fogel
   ELECTRONICS INC. EMPLOYEE TERM LIFE)
24 INSURANCE COVERAGE PLAN,           )
                                      )  Filing Date  :  November 6, 2007
25         Defendants.                )
                                      )
26 _____

27

28
   **STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**
   USDC NDCA Case #CV07-05636 JF
   334212.1

1  Plaintiff Leslie Inanchy ("plaintiff"), and defendants Life Insurance Company of North
2  America ("LINA"), Sony Electronic, Inc. Long Term Disability Plan and Sony Electronics Inc.
3  Employee Term Life Insurance Coverage Plan ("defendants"), through their respective attorneys of
4  record, Melvyn D. Silver, Esq., of the Law Offices of Silver & Taube, on behalf of plaintiff, and
5  Adrienne C. Publicover, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, on behalf of
6  defendants, HEREBY STIPULATE that the above-captioned matter and all claims of relief therein
7  can be dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to
8  resolve the disputed claim. Each party to bear its own fees and costs.

9  **IT IS SO STIPULATED.**

10 Date: April 11, 2008          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

12         By:  /s/ Adrienne C. Publicover
               ADRIENNE C. PUBLICOVER
13             Attorneys for Defendants
               LIFE INSURANCE COMPANY OF NORTH AMERICA,
               SONY ELECTRONICS, INC. LONG TERM DISABILITY PLAN,
14             SONY ELECTRONICS INC. EMPLOYEE TERM LIFE
               INSURANCE COVERAGE PLAN,

16 Date: April 10, 2008          LAW OFFICES OF SILVER & TAUBE

18         By:  /s/ Melvyn D. Silver
               MELVYN D. SILVER
               Attorneys for Plaintiff
19             LESLIE INANCHY

## ORDER

The above-captioned matter, and all claims for relief therein, is dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim. Each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Date:_____          By:_____
                                HONORABLE JEREMY FOGEL
                                UNITED STATES DISTRICT JUDGE

---

1
**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**
USDC NDCA Case #CV07-05636 JF
334212.1

**CERTIFICATE OF SERVICE**
*Leslie Inanchy v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV07-05636 JF*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→    : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Melvyn D. Silver, Esq.
Ruth Silver Taube, Esq.
LAW OFFICES OF SILVER & TAUBE
23580 Mt. Charlie Road
Los Gatos, CA  95033
Tel:    (408) 353-1868
Fax:    (408) 353-2328

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **April 11, 2008**, at San Francisco, California.

_____
Nancy Li

---

2
**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**
USDC NDCA Case #CV07-05636 JF
334212.1