**E-filed 4/15/08**

1 | ADRIENNE C. PUBLICOVER (SBN 161432)
WILSON, ELSER, MOSKOWITZ,
2 |     EDELMAN & DICKER LLP
525 Market Street, 17th Floor
3 | San Francisco, CA 94105
Telephone:    (415) 433-0990
4 | Facsimile:    (415) 434-1370

5 | Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA,
6 | SONY ELECTRONICS, INC. LONG TERM DISABILITY PLAN,
and SONY ELECTRONICS INC. EMPLOYEE
7 | TERM LIFE INSURANCE COVERAGE PLAN

8 |

9 | MELVYN D. SILVER (SBN 48674)
RUTH SILVER TAUBE (SBN 169589)
LAW OFFICES OF SILVER & TAUBE
10 | 23580 Mt. Charlie Road
Los Gatos, CA 95033
11 | Telephone:    (408) 353-1868
Facsimile:    (408) 353-2328
12 |

Attorneys for Plaintiff
13 | LESLIE INANCHY

14 |

15 | UNITED STATES DISTRICT COURT

16 | NORTHERN DISTRICT OF CALIFORNIA

17 | SAN JOSE DIVISION

18 |

19 | LESLIE INANCHY,                        ) Case No.:    CV07-05636 JF
                                          )
20 |       Plaintiff,                     ) **STIPULATION OF DISMISSAL WITH
                                          ) PREJUDICE AND PROPOSED ORDER
21 |    v.                                ) THEREON**
                                          )
22 | LIFE INSURANCE COMPANY OF NORTH       )
AMERICA; SONY ELECTRONICS, INC.           ) Courtroom    :    3
23 | LONG TERM DISABILITY PLAN; SONY       ) Honorable Jeremy Fogel
ELECTRONICS INC. EMPLOYEE TERM LIFE       )
24 | INSURANCE COVERAGE PLAN,              )
                                          ) Filing Date    :    November 6, 2007
25 |       Defendants.                    )
                                          )
26 |  ─────────────────────────────────────

27 |

28 |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**
USDC NDCA Case #CV07-05636 JF
334212.1

Plaintiff Leslie Inanchy ("plaintiff"), and defendants Life Insurance Company of North America ("LINA"), Sony Electronic, Inc. Long Term Disability Plan and Sony Electronics Inc. Employee Term Life Insurance Coverage Plan ("defendants"), through their respective attorneys of record, Melvyn D. Silver, Esq., of the Law Offices of Silver & Taube, on behalf of plaintiff, and Adrienne C. Publicover, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, on behalf of defendants, HEREBY STIPULATE that the above-captioned matter and all claims of relief therein can be dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim. Each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

Date: April 11, 2008     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Adrienne C. Publicover
ADRIENNE C. PUBLICOVER
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA,
SONY ELECTRONICS, INC. LONG TERM DISABILITY PLAN,
SONY ELECTRONICS INC. EMPLOYEE TERM LIFE
INSURANCE COVERAGE PLAN,

Date: April 10, 2008     LAW OFFICES OF SILVER & TAUBE

By: /s/ Melvyn D. Silver
MELVYN D. SILVER
Attorneys for Plaintiff
LESLIE INANCHY

## ORDER

The above-captioned matter, and all claims for relief therein, is dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim. Each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Date: 4/14/08     By: [signature]
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

---

1
STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON
USDC NDCA Case #CV07-05636 JF
334212.1

**CERTIFICATE OF SERVICE**
*Leslie Inanchy v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV07-05636 JF*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→   : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

   : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

   : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

   : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Melvyn D. Silver, Esq.
Ruth Silver Taube, Esq.
LAW OFFICES OF SILVER & TAUBE
23580 Mt. Charlie Road
Los Gatos, CA  95033
Tel:    (408) 353-1868
Fax:    (408) 353-2328

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **April 11, 2008**, at San Francisco, California.

_____
Nancy Li